**COMMITTEE FOR FAIR BEAM IMPORTS, Plaintiff–Appellant,**

and

**Nucor Corporation, Nucor–Yamato Steel Co., and Txi Chaparral Steel Inc., Plaintiffs,**

v.

**UNITED STATES and International Trade Commission, Defendants–Appellees,**

and

**Salzgitter AG Stahl Und Technologie, Defendant–Appellee,**

and

**Stahlwerk Thuringen GMBH, Tradearbed, INC., Profilarbed, S.A., and Aceralia Corporacion Siderugica, S.A., Defendants–Appellees,**

and

**Nizhny Tagil Iron and Steel Works, Defendant–Appellee,**

and

**Highveld Steel and Vanadium Corporation, Ltd., Defendants.**

No. 03–1612.

United States Court of Appeals, Federal Circuit.

April 12, 2004.

Rehearing and Rehearing En Banc Denied June 23, 2004.

Charles O. Verrill, Jr., Principal Attorney, Alan H. Price, John R. Shane, Daniel B. Pickard, of Counsel, Wiley Rein, Washington, DC, for Plaintiff–Appellant.

Christopher M. Ryan, Principal Attorney, Thomas B. Wilner, Robert S. Larussa, of Counsel, Shearman & Sterling, Philippe M. Bruno, Principal Attorney, Dorsey & Whitney, Marc A. Bernstein, Principal Attorney, Lyn M. Schlitt, James M. Lyons, of Counsel, Walter J. Spak, Principal Attorney, Frank H. Morgan, of Counsel, White & Case, Merritt R. Blakeslee, Principal Attorney, J. Kevin Horgan, A. David Lafer, Marc E. Montalbine, of Counsel, DeKieffer & Horgan, Washington, DC, for Defendants–Appellees.

Before MAYER, Chief Judge, RADER and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.